FORM B6F (9/97) West Group, Rochester, NY

In re  SAMANTHA N MARTIN and N/A _____ / Debtor          Case No. _____
                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 4071930141423305 Creditor # : 1 1ST NATIONAL BANK PO BOX 98875 LAS VEGAS NV 89193 | | 2000 Collection Account | | | | $ 830.00 |
| Account No: 449301 Creditor # : 2 A & A FINANCIAL SERVICES 6201 1/2 VAN NUYS BLVD VAN NUYS CA 91401 | | 2001 Collection Account | | | | $ 875.00 |
| Account No: 2171132 Creditor # : 3 AMERICAN AGENCIES 2158 W 190TH ST TORRANCE CA 90504-6103 | | 2000 Collection Account COLLECTION AGENCY FOR PAC BELL | | | | $ 1,211.00 |
| Account No: 7494867 Creditor # : 4 AMERICAN AGENCIES 2158 W 190TH ST TORRANCE CA 90504-6103 | | 2004 Collection Account COLLECTOR FOR PACIFIC BELL | | | | $ 6,365.00 |

_5_ continuation sheets attached

Subtotal $ (Total of this page)          9,281.00

Total $ (Report total also on Summary of Schedules)

Case 2:05-bk-17818-VZ    Doc 12-1    Filed 04/13/05    Entered 04/14/05 00:00:00    Desc
Main Document    Page 2 of 6

FORM B6F (9/97) West Group, Rochester, NY

In re **SAMANTHA N MARTIN and N/A** / Debtor    Case No. _____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 0336385890143936201 Creditor # : 5 AMERICAN EXPRESS PO BOX 297871 FORT LAUDERDALE FL 33329 | | 2002 Collection Account | | | | $ 5,221.00 |
| Account No: 04s00448 Creditor # : 6 BEVERLY HILLS MUNICIPAL COURT 9355 BURTON WAY RM 311 BEVERLY HILLS CA 90210 | | 2004 COURT JUDGEMENT JUDGEMENT FOR ALVIN T ANDREEN | | | | $ 460.00 |
| Account No: 8053961 Creditor # : 7 BOYAJIAN LAW OFFICE 201 ROUTE 17 NORTH 5TH FL RUTHERFORD NJ 07070 | | 2004 Collection Account COLLECTOR FOR ORM CERTEGY CHECK | | | | $ 0.00 |
| Account No: 8052490 Creditor # : 8 BOYAJIAN LAW OFFICE 201 ROUTE 17 NORTH 5TH FL RUTHERFORD NJ 07070 | | 2004 Collection Account COLLECTION FOR ORM CERTEGY | | | | $ 68.00 |
| Account No: 3169960000022523 Creditor # : 9 C B SANTA MONICA PO BOX 980 SANTA MONICA CA 90406 | | 1999 Medical Bills | | | | $ 112.00 |
| Account No: 270228661891 Creditor # : 10 CENTRAL FINANCIAL CONTROL PO BOX 66040 Anaheim CA 92816-6040 | | 2002 Medical Bills | | | | $ 1,834.00 |

Sheet No. 1 of 5 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    7,695.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (9/97) West Group, Rochester, NY

In re SAMANTHA N MARTIN and N/A _____ / Debtor    Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 3948310114<br>Creditor # : 11<br>CHECK ASSIST<br>2401 EXECUTIVE PLAZA DR<br>PENSACOLA FL 32504 | | 2004<br>Medical Bills | | | | $ 70.00 |
| Account No: 28579180603035<br>Creditor # : 12<br>CHECK ASSIST<br>2401 EXECUTIVE PLAZA DR<br>PENSACOLA FL 32504 | | 2004<br>Collection Account | | | | $ 1,122.00 |
| Account No: 28579180603036<br>Creditor # : 13<br>CHECK ASSIST<br>2401 EXECUTIVE PLAZA DR<br>PENSACOLA FL 32504 | | 2004<br>Collection Account | | | | $ 1,748.00 |
| Account No: HLTHCEDAR2024875103<br>Creditor # : 14<br>DESIGNED RECEIVABLES<br>1 CENTERPOINTE DR STE 45<br>LA PALMA CA 90623 | | 2004<br>Medical Bills | | | | $ 1,713.00 |
| Account No: HLTCHCEDAR102126200<br>Creditor # : 15<br>DESIGNED RECEIVABLES<br>1 CENTERPOINTE DR STE 45<br>LA PALMA CA 90623 | | 2004<br>Collection Account | | | | $ 38,831.00 |
| Account No: 142318247823<br>Creditor # : 16<br>EXPRESS CARD COMPANY<br>142318247823<br>PO BXO 3670<br>LITTLE ROCK AR 72203 | | 2002<br>Collection Account | | | | $ 80.00 |

Sheet No. 2 of 5 continuation sheets attached to Schedule of    Subtotal $    43,564.00
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (9/97) West Group, Rochester, NY

In re _SAMANTHA N MARTIN and N/A_____ / Debtor    Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 27692282<br>Creditor # : 17<br>FAIRLANE CREDIT<br>PO BOX 39602<br>COLORADO SPRINGS CO 80949 | | 2001<br>Arrearage on Executory Contract | | | | Unknown |
| Account No: 4239801002378558<br>Creditor # : 18<br>FIRST NATIONAL CREDIT<br>500 E 60TH STREET N<br>SIOUX FALLS SD 57104 | | 2000<br>Collection Account | | | | $ 483.00 |
| Account No: 461074731004262<br>Creditor # : 19<br>FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS SD 57104 | | 2002<br>Collection Account | | | | $ 347.00 |
| Account No: 1140060000890119<br>Creditor # : 20<br>GESS AND ASSOCIATES<br>PO BOX 3437<br>WINNETKA CA 91396 | | 2003<br>Medical Bills | | | | $ 295.00 |
| Account No: G800MED0522004713<br>Creditor # : 21<br>GRANT & WEBER<br>26575 WST AGORA ROAD<br>CALABASAS CA 91302 | | 2004<br>Medical Bills | | | | $ 1,100.00 |
| Account No: G800MED0522179981<br>Creditor # : 22<br>GRANT & WEBER<br>26575 WEST AGORA ROAD<br>CALABASAS CA 91302 | | 2004<br>Medical Bills | | | | $ 199.00 |

Sheet No. _3_ of _5_ continuation sheets attached to Schedule of    Subtotal $    2,424.00
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)
Total $
(Report total also on Summary of Schedules)

Case 2:05-bk-17818-VZ   Doc 12-1   Filed 04/13/05   Entered 04/14/05 00:00:00   Desc
Main Document    Page 5 of 6

FORM B6F (9/97) West Group, Rochester, NY

In re _SAMANTHA N MARTIN and N/A_____ / Debtor      Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: G800CPLM022238231<br>Creditor # : 23<br>GRANT & WEBER<br>26575 WEST AGORA ROAD<br>CALABASAS CA 91302 | | 2004<br>Medical Bills | | | | $ 83.00 |
| Account No: 1038082<br>Creditor # : 24<br>LOS ANGELES COLLECTOR<br>NOT AVAILABLE | | 1999<br>Collection Account<br>COLLECTION FOR PINK DOT | | | | $ 168.00 |
| Account No: 98K23350<br>Creditor # : 25<br>LOS ANGELES MUNICIPAL COURT<br>111 N HILL STREET<br>98K23350<br>LOS ANGELES CA 90012 | | 1999<br>COURT JUDGEMENT<br>MONEY JUDGEMENT FOR MAISTO INTL | | | | $ 4,000.00 |
| Account No: S200INF4007166201<br>Creditor # : 26<br>METRO ADJUSTMENT BUREAU<br>22212 VENTURA BVLD<br>WOODLAND HILLS CA 91364 | | 1999<br>Medical Bills | | | | $ 371.00 |
| Account No: 1111HAM110116532104<br>Creditor # : 27<br>MODERN ADJUSTMENTS<br>6226 VINELAND AVE<br>NORTH HOLLYWOOD CA 91606 | | 2001<br>Medical Bills | | | | $ 4,771.00 |
| Account No: 4676367<br>Creditor # : 28<br>RISK MANAGEMENT ALTERNATIVES<br>PO BOX 105062<br>ATLANTA GA 30348 | | 2003<br>Medical Bills | | | | $ 1,153.00 |

Sheet No. _4_ of _5_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   10,546.00
(Total of this page)
Total $ _____
(Report total also on Summary of Schedules)

FORM B6F (9/97) West Group, Rochester, NY

In re **SAMANTHA N MARTIN and N/A** / Debtor    Case No. _____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 185731908<br>Creditor # : 29<br>SOUTERN CALIFORNIA EDISON<br>PO BOX 9004<br>SAN DIMAS CA 91773-9004 | | 1999<br>Utility Bills | | | | $ 88.00 |
| Account No: 991832230<br>Creditor # : 30<br>STUART ALLAN & ASSOCIATES<br>5447 E 5TH STREET STE 110<br>TUSCON AZ 85711 | | 2001<br>Collection Account | | | | $ 56.00 |
| Account No: 72301600018081088<br>Creditor # : 31<br>STUART ALLAN & ASSOCIATES<br>5447 E 5TH STREET STE 110<br>TUSCON AZ 85711 | | 2001<br>Collection Account | | | | $ 68.00 |
| Account No: BC315008<br>Creditor # : 32<br>TERESA BEYERS, ESQ<br>468 N CAMDEN AVE SUITE 200<br>BEVERLY HILLS CA 90210 | | 2004<br>COURT JUDGEMENT<br>MONEY JUDGEMENT FOR GARY TAKOWSKY | | | | $ 33,581.50 |
| Account No: 1S00123<br>Creditor # : 33<br>TORRANCE COURTHOUSE<br>825 MAPLE STREET<br>DOCKET#1S00123<br>TORRANCE CA 90503 | | 2001<br>COURT JUDGEMENT<br>MONEY JUDGEMENT FOR JOANN L SMITH | | | | $ 800.00 |
| Account No: 1672301<br>Creditor # : 34<br>WESTSIDE RECOVERY<br>8489 W 3RD ST STE 1054<br>LOS ANGELES CA 90048 | | 2004<br>Medical Bills | | | | $ 475.00 |

Sheet No. 5 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 35,068.50
(Total of this page)

Total $ 108,578.50
(Report total also on Summary of Schedules)